**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Corey Cravens,<br><br>Plaintiff,<br><br>v.<br><br>Cincinnati Indemnity Company,<br><br>Defendant. | No. CV-21-00537-TUC-JCH<br><br>**ORDER** |

Pending before the Court is Defendant Cincinnati Indemnity Company's ("Defendant") Motion to Dismiss (Doc. 4), filed pursuant to Fed. R. Civ. P. 12(b)(6). The Court will set the matter for oral argument pursuant to LRCiv 7.2(f). Accordingly,

**IT IS ORDERED** that the Motion to Dismiss is set for oral argument on **Tuesday, April 12, 2022**, at **10:20 a.m.** for one (1) hour.

Dated this 29th day of March, 2022.

_____
Honorable John C. Hinderaker
United States District Judge